FILED
CLERK U.S. DISTRICT COURT

JUN - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Tay J<br>    Defendant. | 09-1169 M<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✗ ) the appearance of defendant as required; and/or

    (B)  ( ✗ ) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*see PSA Report*

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*see PSA Report*

IT IS ORDERED that defendant be detained.

DATED: 6/3/09

*/s/ Stephen J. Hillman*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE